**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 94 EAL 2023
:
      Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
      v. :
:
:
TYREH SMITH, :
:
      Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 95 EAL 2023
:
      Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
      v. :
:
:
TYREH SMITH, :
:
      Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.